UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*ME2 Productions, Inc., v John and Jane Doe 1-32*

Case No.

**COMPLAINT**

**Exhibit A**:   IP addresses

| No | IP | Hit Date UTC | File Name | File Hash | ISP | Region | Province |
|---|---|---|---|---|---|---|---|
| 1 | 68.2.207.28 | 2016-10-02 22:33:50 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 2 | 68.228.226.15 | 2016-10-02 22:13:01 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 3 | 72.201.64.165 | 2016-10-02 22:06:49 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 4 | 24.56.28.169 | 2016-10-02 20:51:57 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 5 | 72.201.182.83 | 2016-10-02 20:50:17 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 6 | 68.231.50.5 | 2016-10-02 20:42:28 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 7 | 24.251.40.12 | 2016-10-02 20:26:18 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Pima County |
| 8 | 72.201.5.90 | 2016-10-02 20:07:04 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 9 | 70.176.44.50 | 2016-10-02 19:57:41 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 10 | 24.251.30.252 | 2016-10-02 15:54:04 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 11 | 70.184.106.118 | 2016-10-02 15:45:29 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 12 | 68.225.53.6 | 2016-10-02 11:54:19 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Pima County |
| 13 | 68.106.49.235 | 2016-10-02 11:25:32 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 14 | 24.251.70.73 | 2016-10-02 10:35:13 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 15 | 68.226.99.238 | 2016-10-02 10:30:30 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Pima County |
| 16 | 72.200.105.242 | 2016-10-02 06:37:32 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Pima County |
| 17 | 98.174.241.37 | 2016-10-02 06:35:38 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 18 | 68.104.155.227 | 2016-10-02 06:27:35 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 19 | 68.3.255.153 | 2016-10-02 06:16:46 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 20 | 70.176.54.142 | 2016-10-02 06:10:57 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Pima County |
| 21 | 24.251.84.218 | 2016-10-02 05:55:18 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 22 | 70.190.131.129 | 2016-10-02 05:30:34 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 23 | 24.251.195.186 | 2016-10-02 05:14:25 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 24 | 68.99.215.51 | 2016-10-02 05:02:13 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 25 | 68.231.155.30 | 2016-10-02 03:40:24 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 26 | 68.109.191.202 | 2016-10-02 03:33:48 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 27 | 68.230.117.34 | 2016-10-02 03:21:16 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 28 | 68.230.20.152 | 2016-10-02 02:31:13 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 29 | 68.0.176.101 | 2016-10-02 02:23:58 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 30 | 68.0.176.120 | 2016-10-02 01:45:57 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 31 | 70.190.58.114 | 2016-10-02 00:27:41 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |
| 32 | 70.162.199.161 | 2016-10-02 00:06:03 | Mechanic.Resurrection.2016.HC.720p.HDRiP.900MB.ShAaNiG.mkv | SHA1: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | Cox Communications | Arizona | Maricopa County |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*ME2 Productions, Inc., v John and Jane Doe 1-32*

Case No.

**COMPLAINT**

**Exhibit B:** Certificate of Registration

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**PA 1-998-057**

**Effective Date of Registration:**
August 02, 2016

## Title

**Title of Work:** Mechanic: Resurrection

**Previous or Alternate Title:** The Mechanic 2 aka The Mechanic II

**Nature of Claim:** Original Motion Picture

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** August 25, 2016
**Nation of 1st Publication:** United States
**Preregistration:** PRE000008863

## Author

- **Author:** ME2 Productions, Inc.
  **Author Created:** Entire Motion Picture
  **Work made for hire:** Yes
  **Domiciled in:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** ME2 Productions, Inc.
318 N. Carson Street, #208, Carson City, NV 89701

## Limitation of copyright claim

**Material excluded from this claim:** Motion Picture Screenplay - PAu 3-773-822 - Registered August 6, 2014
**Previously registered:** Yes

**New material included in claim:** Cinematographic material including performance, production as a motion picture, editing and all audio and visual elements including photography, dialogue, music and special effects

## Certification

**Name:** Michael A. Hierl
**Date:** August 01, 2016

**Correspondence:** Yes

